FILED
BILLINGS DIV.

2009 APR 27 PM 2 09

PATRICK E. DUFFY, CLERK

_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PACIFICORP, | CV-06-122-BLG-RFC-CSO |
| Plaintiff, | |
| vs. | |
| Easement and Right of Way Across: | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| T 2 S, R 2 8E, MPM, Section 4: E¼SE¼ | |
| Section 10: W½SW¼, SE¼ SW¼ | |
| Section 14: SW¼NW¼ | |
| T 4 S, R 29 E, MPM, | |
| Section 15: NE¼NW¼, SW¼SW¼ | |
| Section 16: E½NW¼, E½SE¼ | |
| T 5 S, R 29 E. MPM, Section 10: S½,NE¼NE¼, | |
| S½NE¼, W½SE¼ | |
| T 6 S, R 31 E, MPM, Section 26: NE¼NE¼ | |
| Section 36: NW¼NE¼ | |
| T 7 S, R 32 E, MPM, Section 14: SW¼SE¼ | |
| Section 24: N½SE¼, S½SE¼ | |
| T 7 S, R 33 E, MPM Section 19: SW¼SW¼ | |
| Section 30: NE¼SE¼ | |
| in Bighorn County, Montana, Consisting of Approximately 33.4 Acres, | |
| HENRY REAL BIRD, et al. And Unknown Owners, | |
| UNITED STATES OF AMERICA, | |
| Defendants. | |

On September 12, 2008, United States Magistrate Judge Carolyn Ostby entered Findings and Recommendation (*doc. 107*) with respect to PacifiCorp's Motion for Partial Summary Judgment Regarding Right to Take Property (*doc. 77*); Real Bird's Motion for Summary

1

Judgment (*doc. 85*); and PacifiCorp's Motion to Stay Collateral Proceedings and for Order of Continuing Possession (*doc. 81*).

Upon service of a magistrate judge's findings and recommendation, a party has 10 days to file written objections. 28 U.S.C. § 636(b)(1). In this matter, Defendants filed an objection on September 21, 2008. Plaintiff responded to Defendants' objections on September 23, 2008. Defendants' objections require this Court to make a *de novo* determination of those portions of the Findings and Recommendations to which objection is made. 28 U.S.C. § 636(b)(1). Defendants' objections are not well taken.

After a de novo review, the Court determines the Findings and Recommendation of Magistrate Judge Ostby are well grounded in law and fact and HEREBY ORDERS they be adopted in their entirety.

First, with regard to PacifiCorp's Motion for Partial Summary Judgment (*doc. 77*), the Real Birds were not able to set forth any facts showing that there is a genuine issue of fact regarding PacifiCorp's right to take. Accordingly, PacifiCorp has a right to take the subject property under Montana law and issuance of a preliminary condemnation order is appropriate.

Second, after reviewing Real Bird's Motion for Summary Judgment (*doc. 85*), it is apparent that the Real Birds did not set forth any affidavits or evidentiary facts to support their motion.

Finally, with regard to PacifiCorp's Motion to Stay Collateral Proceedings and for Order of Continuing Possession (*doc. 81*), the Judge Ostby correctly concluded that PacifCorp is entitled to an order of continuing possession, subject to the condemnation proceeding, and to a stay of all pending actions and proceedings against PacifiCorp on account of its possession of the

2

subject property until final conclusion of the condemnation proceeding. This order of continuing possession is directed to the Real Bird allotments 0463-A and 3602. Further, as ordered in *PacifiCorp v. Real Bird*, CV-07-14-BLG-RFC, any trespass claims the Real Birds have against PacifiCorp for use of Indian Reservation Road 52 are not part of the property subject to this condemnation proceeding, and are not stayed on account of this order.

Accordingly, **IT IS HEREBY ORDERED** as follows:

1. PacifiCorp's Motion for Partial Summary Judgment Regarding Right to Take Property (*doc. 77*) is **GRANTED** as set forth herein;

2. Real Bird's Motion for Summary Judgment (*doc. 85*) is **DENIED**; and

3. PacifiCorp's Motion to Stay Collateral Proceedings and for Order of Continuing Possession (*doc. 81*) is **GRANTED** as set forth herein.

The Clerk of Court shall notify the parties of the making of this Order.

DATED this 27th day of April, 2009.

RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE

3